

FILED by **KS** D.C.

Feb 23, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20063-CR-BLOOM/OTAZO-REYES

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)

UNITED STATES OF AMERICA

vs.

MICHAEL ALLEN ROBINSON,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

**Possession of a Firearm and Ammunition by a Convicted Felon**
**(18 U.S.C. § 922(g)(1))**

On or about March 1, 2021, through on or about March 2, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MICHAEL ALLEN ROBINSON,**

knowingly possessed a firearm in and affecting interstate commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MICHAEL ALLEN ROBINSON,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

LAUREN ASTIGARRAGA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| MICHAEL ALLEN ROBINSON, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____Defendant._____ / | **Superseding Case Information:** |

**Court Division:** (Select One)  
☑ Miami  ☐ Key West  ☐ FTL  
☐ WPB  ☐ FTP

New defendant(s)  ☐ Yes  ☐ No  
Number of new defendants  _____  
Total number of counts  _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No  
   List language and/or dialect _____

4. This case will take __3-4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days       ☑
   II   6 to 10 days      ☐
   III  11 to 20 days     ☐
   IV   21 to 60 days     ☐
   V    61 days and over  ☐

   (Check only one)
   Petty        ☐
   Minor        ☐
   Misdemeanor  ☐
   Felony       ☑

6. Has this case previously been filed in this District Court? (Yes or No)  No  
   If yes: Judge _____ Case No. _____  
   (Attach copy of dispositive order)  
   Has a complaint been filed in this matter? (Yes or No)  No  
   If yes: Magistrate Case No. _____  
   Related miscellaneous numbers: _____  
   Defendant(s) in federal custody as of _____  
   Defendant(s) in state custody as of  03/02/2021  
   Rule 20 from the District of _____  
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

_____  
LAUREN A. ASTIGARRAGA  
Assistant United States Attorney  
FLA Bar No.        119473

*Penalty Sheet(s) attached                                                                REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  MICHAEL ROBINSON

**Case No:**

Count No. 1

Possession of a Firearm by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** Ten (10) Years of Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**